# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lois Harris <br>       Debtor(s) <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY, <br> its successors and/or assigns <br>       Movant <br>  vs. <br> Lois Harris <br>       Debtor(s) <br><br> William C. Miller Esq. <br>       Trustee | CHAPTER 13 <br><br> NO. 17-16232 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **October 9, 2018, Docket No. 31**.

          Respectfully submitted,

         **/s/ Rebecca A. Solarz, Esquire**
         Rebecca A. Solarz, Esquire
         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA  19106
         215-627-1322

October 10, 2018