IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lois Harris<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　Movant<br>vs. | NO. 17-16232 MDC |
| Lois Harris<br>　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

**STIPULATION ALLOWING FOR SECURED CREDITOR,
PENNSYLVANIA HOUSING FINANCE AGENCY, TO FILE A LATE PROOF OF CLAIM**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed the instant Chapter 13 Bankruptcy on September 12, 2017.

2. The deadline for filing claims was set as January 23, 2018, and the deadline for government claims was March 11, 2018.

3. On October 9, 2018, Pennsylvania Housing Finance Agency ("Movant") filed a Motion to Allow Filing of a Proof of Claim.

4. The Parties have now reviewed the claim in depth to come to a resolution of this matter.

5. This matter is to be resolved as per the following terms:

    a. Within fourteen (14) days of the filing of this Stipulation, Secured Creditor is to file its Proof of Claim setting forth total arrears in the amount of $1,100.32 and a total secured claim in the amount of $29,287.98.

6. The parties agree that the facsimile signature shall be considered an original signature.

Date: 10/10/18          By: __Rebecca A. Solarz, Esquire__
                            Rebecca A. Solarz, Esquire
                            Attorney for Secured Creditor

Date: 10/10/18          By: _____
                            Timothy Zearfoss, Esquire
                            Attorney for Debtor

Date: 10/23/18          By: _____
                            William Miller
                            Chapter 13 Trustee

*Jacqulyn Chandler — No Position*

*without prejudice to any trustee rights or remedies

Approved by the Court this ____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Magdeline D. Coleman