United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16232-mdc
Lois Harris                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 1           Date Rcvd: Oct 25, 2018
                            Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
db              +Lois Harris,   5922 Hammond Ave,   Philadelphia, PA 19120-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13982789        +E-mail/Text: blegal@phfa.org Oct 26 2018 02:37:36      Pa Housing Finance Age,   Po Box 8029,
                 Harrisburg, PA 17105-8029
                                                                                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        TIMOTHY  ZEARFOSS    on behalf of Debtor Lois  Harris tzearfoss@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                                                            TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lois Harris <br> Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <br> Movant <br> vs. | NO. 17-16232 MDC |
| Lois Harris <br> Debtor(s) | |
| William C. Miller Esq. <br> Trustee | 11 U.S.C. Section 362 |

**STIPULATION ALLOWING FOR SECURED CREDITOR,
PENNSYLVANIA HOUSING FINANCE AGENCY, TO FILE A LATE PROOF OF CLAIM**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Debtor filed the instant Chapter 13 Bankruptcy on September 12, 2017.

2. The deadline for filing claims was set as January 23, 2018, and the deadline for government claims was March 11, 2018.

3. On October 9, 2018, Pennsylvania Housing Finance Agency ("Movant") filed a Motion to Allow Filing of a Proof of Claim.

4. The Parties have now reviewed the claim in depth to come to a resolution of this matter.

5. This matter is to be resolved as per the following terms:

   a. Within fourteen (14) days of the filing of this Stipulation, Secured Creditor is to file its Proof of Claim setting forth total arrears in the amount of $1,100.32 and a total secured claim in the amount of $29,287.98.

6. The parties agree that a facsimile signature shall be considered an original signature.

Date:   10/10/18        By: _Rebecca A. Solarz, Esquire_
                            Rebecca A. Solarz, Esquire
                            Attorney for Secured Creditor

Date: 10/10/18          By: _____
                            Timothy Zearfoss, Esquire
                            Attorney for Debtor

Date: 10/23/18          By: _Jacqulyn Chappell_  no position
                            William Miller
                            Chapter 13 Trustee

*without prejudice to any trustee rights or remedies

Approved by the Court this  25th  day of ____October____, 2018. However, the court retains discretion regarding entry of any further order.

_Magdeline D. Coleman_
Bankruptcy Judge
Magdeline D. Coleman