**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                              : BR NO. 17-16232
LOIS HARRIS                         :
       Debtor.                      : Chapter 13
```

## ADDENDUM TO THIRD AMENDED PLAN

The final payment under the above-referenced plan shall be $530.58.

```
                          /s/Timothy Zearfoss_____
                          Timothy Zearfoss, Esquire
```