**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                          : BR NO. 17-16232
LOIS HARRIS                     :
    Debtor.                 : Chapter 13

**CERTIFICATION OF NO OBJECTION**

TIMOTHY ZEARFOSS, ESQUIRE, counsel for the within debtor, hereby certifies that on August 13, 2018, true and correct copies of the Notice of Filing for Allowance of Compensation pursuant to L.B.R. 2016-2 were served on all appropriate parties. TIMOTHY ZEARFOSS, ESQUIRE further certifies that no answers, objections, responsive pleadings or requests for hearing were filed or served upon him within the requisite time.

Date: 12/13/18                          /s/Timothy Zearfoss
                                                   Timothy Zearfoss, Esquire
                                                   143-145 Long Lane
                                                   Upper Darby, PA 19082