**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                : BR NO. 17-16232
LOIS HARRIS                           :
      Debtor.                        : Chapter 13

**O R D E R**

AND NOW, this 20th day of December, 2018, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $2000.00, for total compensation of $3500.00, in the above-captioned matter.

BY THE COURT:

_____
                             J.