United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lois Harris  
    Debtor

Case No. 17-16232-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Feb 24, 2020  
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.  
db    +Lois Harris,   5922 Hammond Ave,   Philadelphia, PA 19120-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr    +E-mail/Text: blegal@phfa.org Feb 25 2020 03:40:22    Pennsylvania Housing Finance Agency,   211 North Front Street,   Harrisburg, PA 17101-1406  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:  
    LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
    REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ    on behalf of Creditor   Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
    TIMOTHY ZEARFOSS    on behalf of Debtor Lois Harris tzearfoss@aol.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lois Harris <br> Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <br> Movant <br> vs. | NO. 17-16232 MDC |
| Lois Harris <br> Debtor <br><br> William C. Miller, Esquire <br> Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,921.00,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | October 2019 to February 2020 at $627.00/month |
| Late Charges: | October 2019 to February 2020 at $16.20/month |
| Suspense Balance: | $326.00 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$3,921.00** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). A Notice of Post-Petition Mortgage Fees, Expenses, and Charges will be filed for the fees and costs in the amount of **$1,031.00**;

b). Beginning on March 1, 2020 and continuing through August 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$627.00** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$481.67 from March 2020 to July 2020 and $481.65 for August 2020** towards the arrearages on or before the last day of each month at the address below;

PENSYLVANIA HOUSING FINANCE AGENCY
211 N. FRONT STREET
HARRISBURG, PA 17101

    c). Maintenance of current monthly mortgage payments to the Movant thereafter.

  3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

  4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

  5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

  6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

  7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

  8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

  9. The parties agree that a facsimile signature shall be considered an original signature.

Date: February 18, 2020    By: /s/ Rebecca A. Solarz, Esquire
                   Attorney for Movant


Date: February 19, 2020    /s/ Timothy Zearfoss, Esquire
                   Timothy Zearfoss, Esquire
                   Attorney for Debtor

Date: 2/21/2021

William C. Miller, Esquire   ~~NO OBJECTION~~
Chapter 13 Trustee

Approved by the Court this 24th day of February, 2020. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman

Chief U.S. Bankruptcy Judge
Magdeline D. Coleman