United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-16232-mdc
Lois Harris     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Aug 11, 2022     Form ID: 138OBJ     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois Harris, 5922 Hammond Ave, Philadelphia, PA 19120-2011 |
| 13982785 | | Firts Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14211204 | + | Rebecca A. Solarz, Esq, c/o Pa Housing Finance Agency, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 11 2022 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13982768 | | Email/Text: BNBSB@capitalsvcs.com | Aug 11 2022 23:52:00 | Ccs/bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 13982765 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2022 23:52:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13982770 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 11 2022 23:52:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14037837 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2022 23:56:08 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13982766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:16 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14017854 | | Email/PDF: bncnotices@becket-lee.com | Aug 11 2022 23:56:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13982767 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2022 23:56:12 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13982769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 23:56:14 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 13982771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13982772 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 13982773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Chadwicks, Po Box 182125, Columbus, OH 43218-2125 |
| 13982774 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Jessica London, Po Box 182125, Columbus, OH 43218-2125 |
| 13982776 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-16232-mdc    Doc 66    Filed 08/13/22    Entered 08/14/22 00:26:44    Desc Imaged
                         Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 138OBJ | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 11 2022 23:52:00 | Comenity Bank/OneStopPlus.com, Po Box 182125, Columbus, OH 43218-2125 |
| 13982777 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13982775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/kingsi, Po Box 182125, Columbus, OH 43218-2125 |
| 13982778 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/womnwthn, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13982779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Capital Bank/HSN, Po Box 182125, Columbus, OH 43218-2125 |
| 13982780 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Capital/mprc, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 13982781 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13982782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenitycapital/modell, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13982783 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenitycapital/smplyb, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13982799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 00:07:36 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14025041 | | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2022 23:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13982784 | | Email/Text: BNSFN@capitalsvcs.com | Aug 11 2022 23:52:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 13982786 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 11 2022 23:56:17 | Fst Premier, 601 S Minneaoplis Ave, Sioux Falls, SD 57104 |
| 14012985 | + | Email/Text: bankruptcy@sccompanies.com | Aug 11 2022 23:52:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13982787 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 11 2022 23:52:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13982788 | | Email/Text: EBN@Mohela.com | Aug 11 2022 23:52:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14015704 | + | Email/Text: bankruptcy@sccompanies.com | Aug 11 2022 23:52:00 | Massey's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14012982 | + | Email/Text: bankruptcy@sccompanies.com | Aug 11 2022 23:53:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14016973 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13983106 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 11 2022 23:56:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13982789 | + | Email/Text: blegal@phfa.org | Aug 11 2022 23:52:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14234778 | + | Email/Text: blegal@phfa.org | Aug 11 2022 23:52:00 | Pennsylvania Housing Finance Agency, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14040567 | | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2022 23:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14015705 | + | Email/Text: bankruptcy@sccompanies.com | Aug 11 2022 23:53:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 13982790 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 11 2022 23:56:08 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13982791 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:12 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13982792 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:09 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13982793 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:07 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13982795 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:13 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13982794 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:08 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13982796 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:09 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14040373 | + | Email/Text: bncmail@w-legal.com | Aug 11 2022 23:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13982797 | + | Email/Text: bncmail@w-legal.com | Aug 11 2022 23:52:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14012983 | + | Email/Text: bankruptcy@sccompanies.com | Aug 11 2022 23:53:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13982798 | + | Email/Text: EDBKNotices@ecmc.org | Aug 11 2022 23:52:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 13982800 | + | Email/Text: bankruptcy@webbank.com | Aug 11 2022 23:52:00 | Webbank/Gettington, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2022             Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 11, 2022 | Form ID: 138OBJ | Total Noticed: 53 |

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

TIMOTHY ZEARFOSS
    on behalf of Debtor Lois Harris tzearfoss@aol.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lois Harris
      Debtor(s)

Case No: 17−16232−mdc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/11/22

62 − 59
Form 138OBJ