Certificate Number: 05781-PAE-DE-036795934

Bankruptcy Case Number: 17-16232



05781-PAE-DE-036795934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 30, 2022</u>, at <u>12:19</u> o'clock <u>PM PDT</u>, <u>Lois Harris</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 30, 2022</u>          By:    <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title: <u>President</u>